# UNITED STATES DISTRICT COURT

## Western District of Missouri

*JUDGMENT IN A CIVIL CASE*

PATRICIA SELSOR

    *v.*

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration

**Case Number: 11-4362-CV-C-GAF-SSA**

_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

The Commissioner's decision is affirmed.

ENTERED ON: November 21, 2012

    ANN THOMPSON
    Court Executive

    Laura Bax
    (By) Divisional Manager